UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SEAN EZRA BROWN,
    Petitioner,
    v.
JOE A. LIZARRAGA, Warden,
    Respondent.

NO. CV 16-2935-ODW (AGR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

Petitioner alleged ineffective assistance of trial counsel in Ground Three. In Subclaim 8, Petitioner alleged trial counsel was deficient for failing to convey a plea offer. Petitioner's objections state that the prosecutor made an oral plea offer before Petitioner was brought into the courtroom on September 25, 2012. (Obj. at 17-18.) The plea offer would then have occurred before consolidation of

| | |
|---|---|
| 1 | the two criminal cases against Petitioner, Case No. NA091389 and Case No. |
| 2 | NA093449, by order dated January 16, 2013.  (Clerk's Transcript, Dkt. No. 38-1 |
| 3 | at 131-32.)  Petitioner does not state in which case the plea offer was made. |

The Report explained that, even assuming the existence of a plea offer and deficiency by counsel, Petitioner had not shown prejudice because he had not alleged "a reasonable probability [he] would have accepted the earlier plea offer had [he] been afforded effective assistance of counsel."  Report at 34; *Lafler v. Cooper*, 566 U.S. 156, 164 (2012); *Missouri v. Frye*, 566 U.S. 134, 147 (2012).  Petitioner still has not made the requisite allegations.  His objections state only that he "would have at least considered a plea offer." (Obj. at 18.)  Petitioner also makes no showing that the prosecution would not have withdrawn the plea offer in light of intervening circumstances (such as the second criminal case) or that the court would have accepted its terms.  Report at 34; *Lafler*, 566 U.S. at 164; *Missouri*, 566 U.S. at 147.

Petitioner's remaining objections are without merit.

IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:  _September 16, 2019

OTIS D. WRIGHT, II
United States District Judge

2